RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Jhon Raul Vizcaino Ramirez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JHON RAUL VIZCAINO RAMIREZ,<br><br>     Defendant. | Case No. 2:25-mj-00825-BNW<br><br>**NOTICE OF APPEARANCE** |

Pursuant to the Court's order, notice is hereby given that Assistant Federal Public Defender LaRonda Martin will serve as counsel for the above captioned defendant.

Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, Nevada 89101

DATED this 1st day of December, 2025.

RENE L. VALLADARES
Federal Public Defender

By:   */s/ LaRonda Martin*
LARONDA MARTIN
Assistant Federal Public Defender
Attorney for Jhon Raul Vizcaino Ramirez